# IN THE UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| THERESSA L. TAYLOR, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 15-CV-00742-W |
| ) | |
| TRAVELERS HOME & MARINE ) | |
| INSURANCE COMPANY, ) | |
| ) | |
| Defendant. ) | |

## STIPULATION OF DISMISSAL WITH PREJUDICE

COME NOW the plaintiff, Theressa L. Taylor., by and through its counsel of record, Simone Gosnell Fulmer and Jacob L. Rowe, of the Fulmer Group, PLLC, and the defendant, Travelers Home & Marine Insurance Company, by and through its counsel of record, D. Lynn Babb and Amy S Neathery, of the law firm Pierce Couch Hendrickson Baysinger & Green, L.L.P., and pursuant to Rule 41(a)(1)(A)(ii), stipulate to dismissal of the above-styled action with prejudice to the further refiling thereof.  The parties would show the Court that an agreed and compromised settlement has been reached between the parties hereto and there remain no issues to be litigated herein.

/s/Harrison C. Lujan
Simone Gosnell Fulmer, OBA #17037
Harrison C. Lujan, OBA #30154
Jacob L. Rowe, (OBA # 21797
FULMER GROUP PLLC
Post Office Box 2448
Oklahoma City, OK 73101
Telephone: (405) 510-0077
Facsimile: (405) 510-0077
sfulmer@fulmergrouplaw.com
hlujan@fulmergrouplaw.com
jrowe@fulmergrouplaw.com
***Attorney for Plaintiff,***
***Theressa L. Taylor***


 s/D. Lynn Babb
D. Lynn Babb  (OBA #392)
Amy Steele Neathery  (OBA #20344)
PIERCE COUCH HENDRICKSON
 BAYSINGER & GREEN, L.L.P.
Post Office Box 26350
Oklahoma City, OK 73126
Telephone: (405) 235-1611
Facsimile: (405) 235-2904
lbabb@piercecouch.com
aneathery@piercecouch.com
***Attorneys for Defendant,***
***Travelers Home & Marine***
***Insurance Company***